# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:04CV308

| | |
|---|---|
| RICHARD TONGATE, )<br>   Plaintiff )<br>vs. )<br>             )<br>ANTHONY S. MCPHERSON, )<br>et al., )<br>   Defendants. )<br>             )<br>             ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "The Hartford Casualty Company's Motion to Intervene as Plaintiff" (Document No. 12), filed May 12, 2005 by The Hartford Casualty Company ("Hartford"). Neither Richard Tongate, the plaintiff, nor Anthony S. McPherson, Schneider National Carriers, Inc., and Schneider National, Inc., the defendants, have filed responsive papers, and the time for any such filing has expired. Accordingly, the Motion to Intervene is ripe for disposition. Pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, the undersigned will grant the Motion to Intervene.

**IT IS, THEREFORE, ORDERED** that "The Hartford Casualty Company's Motion to Intervene as Plaintiff" (Document No. 12) is hereby **GRANTED**.

**Signed: June 15, 2005**

David C. Keesler
United States Magistrate Judge